UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**MARK BLAKELY,**

    Plaintiff,

v.                                      Case No.  3:14cv34/MCR/CJK

**WAL-MART STORES EAST, LP,**

    Defendant.

_____/

## ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 24, 2015 (doc. 33). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Defendant's motion for summary judgment (doc. 28) is **GRANTED**.

    3.    Defendant's motion to compel (doc. 31) is **DENIED AS MOOT**.

    4.    The clerk is directed to close the file.

**DONE AND ORDERED** this 27th day of July, 2015.

                                                *s/ M. Casey Rodgers*
                                                **M. CASEY RODGERS**
                                                **CHIEF UNITED STATES DISTRICT JUDGE**